**UNITED STATES of America,**
**Appellant,**

v.

**David M. PHARIS; Edward J. Habina;**
**William M. Dull; Harry Gangloff.**

No. 00-2855.

United States Court of Appeals,
Third Circuit.

Argued May 31, 2001.

Aug. 30, 2001.

Present BECKER, Chief Judge,
SLOVITER, MANSMANN, SCIRICA,
NYGAARD, ALITO, ROTH, McKEE,
RENDELL, BARRY, AMBRO,
FUENTES, and COWEN, Circuit Judges.

**ORDER**

BECKER, Chief Judge.

A majority of the active judges having voted for hearing en banc in the above appeal, it is ORDERED that the Clerk of this Court list the above case for hearing en banc at the convenience of the Court.

**Howard Monteville NEAL,**
**Petitioner-Appellant,**

v.

**Steve W. PUCKETT, Commissioner,**
**Mississippi Department of Corrections; James Anderson, Superintendent, Mississippi State Penitentiary,**
**Respondents-Appellees.**

No. 99-60511.

United States Court of Appeals,
Fifth Circuit.

Sept. 5, 2001.

James William Craig, Phelps Dunbar, Jackson, MS, for Petitioner-Appellant.

Marvin L. White, Jr., Leslie S. Lee, Asst. Atty. Gen., Jackson, MS, for Respondents-Appellees.

**ON PETITIONS FOR REHEARING**
**AND REHEARING EN BANC**

Before KING, Chief Judge, and JOLLY, HIGGINBOTHAM, DAVIS, JONES, SMITH, WIENER, BARKSDALE, EMILIO M. GARZA, DeMOSS, BENAVIDES, STEWART, PARKER and DENNIS, Circuit Judges.

BY THE COURT:

A member of the Court in active service having requested a poll on the petition for rehearing en banc and a majority of the judges in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that this cause shall be reheard by the court en banc without oral argument. The Clerk will specify a briefing schedule for the filing of supplemental briefs.